STATE of Missouri, Respondent,

v.

Carl BOESING, Appellant.

No. ED 76033.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 25, 2000.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rebecca Martin Rivers, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

Carl Boesing, Defendant, appeals from the judgment entered following his jury conviction for second degree burglary in violation of section 569.170, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve

no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).